**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **CASEY ATES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:15-CV-55 (MTT)** |
| | ) | |
| **Sheriff HAROLD LANCASTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge

Charles H. Weigle to dismiss the Plaintiff's "Motion for a Writ of Mandamus" (Doc. 1)

because there is no indication the Plaintiff has attempted to avail himself of the

appropriate state remedies.  (Doc. 3).  The Plaintiff has not objected to the

Recommendation.  The Court has reviewed the Recommendation, and the Court

accepts and adopts the findings, conclusions, and recommendations of the Magistrate

Judge.  The Recommendation is **ADOPTED** and made the order of this Court.

Accordingly, the Plaintiff's "Motion for a Writ of Mandamus" (Doc. 1) is **DENIED**.

**SO ORDERED,** this 6th day of April, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT